# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JANE HOGAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No:  4:21-cv-00078 |
| WAL-MART STORES EAST, LP, d/b/a WALMART, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

Plaintiff Jane Hogan and Defendant Wal-Mart Stores East, LP (collectively the "Parties"), submit this Notice of Settlement.

1. The Parties have tentatively reached a settlement of all issues pending consummation of the settlement agreement.

2. In order to conserve the resources of all concerned, the Parties request that the Court pass the case for settlement and enter an Order staying all discovery and motion deadlines for the next sixty (60) days so that the Parties may devote their resources to finalizing a settlement agreement.

**WHEREFORE**, the Parties respectfully request that the Court pass the case for settlement and enter an Order staying all discovery and motion deadlines for sixty (60) days pending settlement and take such other and further action the Court deems just and proper under the circumstances.

Dated:  March 28, 2022                                                  Respectfully submitted,

| | |
|---|---|
| **DASHTAKI LAW FIRM, LLC** | **DOWD BENNETT LLP** |
| By: */s/ Cyrus Dashtaki* | By: */s/ Meghan E. Ball* |
|     Cyrus Dashtaki    #57606MO<br>    5205 Hampton Avenue<br>    St. Louis, Missouri 63109<br>    (314) 932-7671 (telephone)<br>    (314) 932-7672 (facsimile)<br>    cyrus@dashtaki.com |     John D. Comerford    #60464MO<br>    Meghan E. Ball    #66938MO<br>    7733 Forsyth Blvd., Suite 1900<br>    St. Louis, Missouri 63105<br>    (314) 889-7300 (telephone)<br>    (314) 863-2111 (facsimile)<br>    jcomerford@dowdbennett.com<br>    mball@dowdbennett.com |
| Attorney for Plaintiff Jane Hogan | Attorneys for Wal-Mart Stores East, LP |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, the foregoing was filed electronically with the Clerk of the Court for the United States District Court of the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon all counsel of record.

    Cyrus Dashtaki
    Dashtaki Law Firm, LLC
    5205 Hampton Avenue
    St. Louis, Missouri 63109
    (314) 932-7671 (telephone)
    (314) 932-7672 (facsimile)
    cyrus@dashtaki.com

Attorney for Plaintiff

                        */s/ Meghan E. Ball*