UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE HOGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 4:21-cv-00078-RLW |
| | ) |
| WAL-MART STORES EAST, LP, | ) |
| d/b/a WALMART, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL

Come now, Plaintiff Jane Hogan and Defendant Walmart Stores East, LP and Walmart, Inc. d/b/a Walmart, by and through their respective undersigned counsel, and hereby stipulate that Plaintiff's Amended Complaint, ECF No. 42, and all claims therein in the above-entitled action have been resolved, and shall be dismissed with prejudice. Each party to bear their own costs and attorneys' fees.

Dated: April 28, 2022

**DASHTAKI LAW FIRM, LLC**

By: /s/ Cyrus Dashtaki
    Cyrus Dashtaki    #57606MO
    5205 Hampton Avenue
    St. Louis, Missouri 63109
    (314) 932-7671 (telephone)
    (314) 932-7672 (facsimile)
    cyrus@dashtaki.com

Attorneys for Plaintiff Jane Hogan

Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ Meghan E. Ball*
    John D. Comerford    #60464MO
    Meghan E. Ball    #66938MO
    7733 Forsyth Blvd., Suite 1900
    St. Louis, Missouri 63105
    (314) 889-7300 (telephone)
    (314) 863-2111 (facsimile)
    jcomerford@dowdbennett.com
    mball@dowdbennett.com

Attorneys for Wal-Mart Stores East, LP

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2022 the foregoing was filed electronically with the Clerk of the Court for the United States District Court of the Eastern District of Missouri to be served by operation of the Court's electronic filing system upon all counsel of record.

    /s/ Cyrus Dashtaki