# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JANE HOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-CV-78 RLW |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| d/b/a WALMART, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the parties' Joint Stipulation for Dismissal (ECF No. 55),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear their own costs and attorneys' fees.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 29th day of April, 2022.